### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **MACNEIL AUTOMOTIVE PRODUCTS LIMITED, d/b/a WEATHERTECH,** an Illinois Corporation,<br><br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**JINRONG (SH) AUTOMOTIVE DEVELOPMENT CO., LTD.,** a Chinese Company, and **RUI DAI,** a Chinese Company And/Or Individual,<br><br>　　　　**Defendants.** | Case No. 19-CV-2460<br><br>Hon. Matthew F. Kennelly |

### PLAINTIFF'S STATUS REPORT

Plaintiff hereby submits its Status Report to the Court on service. Pursuant to the Court's Order, Plaintiff served the Defendants on August 19th. Plaintiff has not received any response from Defendant Rui Dai, d/b/a Coolshark USA, and intends to file its proof of service and move for default judgment as to Defendant Rui Dai. Plaintiff did hear back from counsel for Jinrong (SH) Automotive Development Co., Ltd. ("Jinrong") and counsel has agreed to accept service on behalf of Jinrong and waive any objections related to proper service as of the date that Plaintiff's counsel resent all documents to Jinrong's counsel, September 9, 2019.

Jinrong asked that it be allowed 60 days from the date it accepted service in which to file its responsive pleadings, or until November 11, 2019. Plaintiff's counsel told Jinrong's counsel that it will bring this request to the Court's attention and inquire as to whether the Court requires Jinrong to appear and file a formal motion to request that extension or will simply calendar it for that date for Jinrong's responsive pleadings.

Respectfully submitted,

MACNEIL AUTOMOTIVE PRODUCTS LIMITED

Dated: September 23, 2019    By:    /s/ Robert S. Grabemann
    One of Its Attorneys

Robert S. Grabemann
*rgrabemann@daspinaument.com*
Timothy M. Schaum
*tschaum@daspinaument.com*
DASPIN & AUMENT, LLP
300 South Wacker Drive
Suite 2200
Chicago, Illinois 60606
(312)258-1600

-2-